# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141131

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                        SC: 141131
                                        COA: 293566
                                        Wayne CC: 04-006744-FC

BRIAN JOHNSON,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010                             _____

0830                                             Clerk